# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 09-13748 GMB

Debtor: Marion A. Still

| Check Number | Creditor | Amount |
|---|---|---|
| 1676593 | Wells Fargo Home Mortgage, Inc. | 1,521.30 |

*/s/ Isabel C. Balboa*

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 6, 2010